| DOCUMENTS UNDER SEAL [x] | | | | DOCUMENT NUMBER: | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>FTR 10:25am - 10:29am | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | | DATE<br>May 18, 2007 | | NEW CASE [x] | CASE NUMBER<br>3-07-70288 NJV | |

### APPEARANCES

| DEFENDANT<br>Enrique Macedo Jaramillo | AGE | CUST<br>Agent | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Elizabeth Falk | PD. [x]  RET. [ ]<br>APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Wendy May Thomas | | INTERPRETER<br>Meliinda Basker - Spanish | | [x] FIN. AFFT SUBMITTED | [x] COUNSEL APPT'D |
| PROBATION OFFICER<br>Esther Davis | | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | DEF ELIGIBLE FOR [x]<br>APPT'D COUNSEL | PARTIAL PAYMENT [ ]<br>OF CJA FEES |

PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| [x] INITIAL APPEAR<br>time | [ ] PRELIM HRG<br>time | [ ] MOTION<br>time | [ ] JUGM'T & SENTG<br>time | [ ] STATUS<br>time |
|---|---|---|---|---|
| [ ] I.D. COUNSEL<br>time | [ ] ARRAIGNMENT<br>time | [ ] BOND SIGNING<br>time | [x] IA REV PROB. or S/R<br>time | [ ] BAIL REVIEW<br>time |
| [ ] DETENTION HRG<br>time | [ ] ID/REMOVAL HRG<br>time | [ ] CHANGE PLEA<br>time | [ ] PROB. REVOC.<br>time | [ ] SUP REL HRG<br>time |

### INITIAL APPEARANCE

| [x] ADVISED OF RIGHTS | [x] ADVISED OF CHARGES | [x] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>[ ] CASH $ | | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] |

| [x] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [x] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/23/07 | [ ] I.D. COUNSEL | [ ] BOND SIGNING | [ ] STATUS RE: CONSENT | [ ] STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>9:30am | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR | [ ] CHANGE OF PLEA | [ ] BAIL REVIEW |
| BEFORE HON.<br>Vadas | [x] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY/ REMOVAL | [ ] PRETRIAL CONFERENCE | [x] PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS