AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. § 1326 - Alien Found in
the United States After
Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**PENALTY:**

Maximum Prison Term of 20 years
Maximum Fine of $250,000
Maximum supervised release of 3 years
Mandatory special assessment fee of $100.

┌─ DEFENDANT - U.S. ─

▶ ENRIQUE MACEDO JARAMILLO

DISTRICT COURT NUMBER

# E-filing

# CR 07   0318

CRB

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

3-07-70288 EDL

**Name and Office of Person Furnishing Information on THIS FORM**

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  } If "Yes" give date filed  5/14/2007
☐ No

**DATE OF ARREST**  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year  5/16/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  **Bail Amount:**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time:

Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

---

## UNITED STATES OF AMERICA,

### V.

ENRIQUE MACEDO JARAMILLO,

# CR 07    0318

## E-filing    CRB

### DEFENDANT.

---

# INDICTMENT

8 U.S.C. § 1326 - Alien Found in the United States
After Deportation

---

A true bill.

_____ Foreman

Filed in open court this _____ day of

_____ Clerk

No process

_____ Bail, $ _____



1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
   E-filing
9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,     )   Criminal No.:  
                                  )
13          Plaintiff,            )   VIOLATION: Title 8, United States Code
                                  )   Section 1326 -- Alien Found in the United
14          v.                    )   States After Deportation
                                  )
15  ENRIQUE MACEDO-JARAMILLO,     )
                                  )
16          Defendant.            )   SAN FRANCISCO VENUE
                                  )
17  _____ )

18

19                              INDICTMENT

20  The Grand Jury charges:

21          On or about May 14, 2007, the defendant,

22                      ENRIQUE MACEDO-JARAMILLO,

23

24  an alien, having been previously excluded, deported, and removed from the United States to

25  Mexico, and having subsequently voluntarily returned to and remained in the United States, was

26  found in the Northern District of California, the Attorney General of the United States and the

27  Secretary for Homeland Security not having expressly consented to a re-application by the

28  //

INDICTMENT

1  defendant for admission into the United States, in violation of Title 8, United States Code,

2  Section 1326.

3

4  DATED:                                    A TRUE BILL.

5

6                                            FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney

8

9

10  IOANA PETROU
    Chief, Major Crimes Section

11

12

13  (Approved as to form:

14        Wendy Thomas
          Special Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                        2