| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **May 23, 2007**

Reporter**: Juanita Gonzalez**

| | |
|---|---|
| **Case No: CR-07-0318-CRB** | **DEFT:  ENRIQUE MACEDO JARAMILLO**<br>            (X)Present |
| AUSA:  Drew Caputo<br>Interpreter:  Melinda Basker | DEF ATTY:  Geoff Hansen for E. Falk |

**REASON FOR HEARING**  Status Conference

**RESULT**   Held, matter continued.  Time excluded from 5/23/2007 to 6/06/2007, the government to prepare order for the Court's signature

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** June 6, 2007 @ 2:15 p.m.   **for**   Status Conference

**JUDGMENT**

Notes:  defendant remanded to custody