1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

4 | WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California  94102
7 | Telephone: (415) 436-6809
Facsimile: (415) 436-7234
8 | E-Mail: wendy.thomas@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0318 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM MAY 23, 2007 TO JUNE 6, 2007 |
| ENRIQUE MACEDO JARAMILLO, | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Charles R. Breyer on May 23, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 23, 2007 to June 6, 2007, in light of the need for continuity of counsel and effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery with the

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0318 CRB**

defendant, and would deny the government continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 23, 2007, to June 6, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 23, 2007 to June 6, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 5/25/07

/s/
ELIZABETH FALK
Counsel for Enrique Macedo Jaramillo

DATED: 5/24/07

/s/
WENDY THOMAS
Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED:  May 29, 2007

THE HON. CHARLES R. BREYER
United States District Judge



**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07-0318 CRB**               2