UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge: CHARLES R. BREYER**

**Date**: June 6, 2007

**Case No:** CR 07-00318 CRB

**Case Title**: United States v. Enrique Jaramillo (present, I/C)

**Appearances:**

    For the Government: Wendy Thomas

    For Defendant(s): Elizabeth Falk

**Interpreter:** Melinda Basker      **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Jim Yeomans

### *PROCEEDINGS*

1. Status Conference - held

### *SUMMARY*

- The matter is continued to <u>Wednesday, 06/20/07 @ 2:15 PM for Further Status.</u>
- Counsel to prepare order re: exclusion of time.