1 BARRY J. PORTMAN
Federal Public Defender
2 ELIZABETH M. FALK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant MACEDO-JARAMILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-318 CRB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | ADVANCING COURT DATE |
| | ) | |
| ENRIQUE MACEDO JARAMILLO, | ) | Current Date:  June 20, 2007 |
| | ) | Time:          2:15 p.m. |
| Defendant. | ) | Court:         The Honorable |
| | ) |                Charles R. Breyer |

STIPULATION

The parties agree to advance the status hearing in the above-captioned matter from June 20, 2007, to June 13, 2007, at 9:30 a.m.  The purpose of the advanced date is due to the fact that defense counsel will be unavailable on June 20, 2007.

It is so stipulated.

DATED: _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender


DATED: _____/S/_____
WENDY THOMAS
Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP & ORDER CONTINUING
APPOINTMENT OF COUNSEL
*United States v. Steven Michael Gill*
CR 03-0311 MAG                                - 2 -