1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
8  E-Mail: wendy.thomas@usdoj.gov
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0318 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME FROM JUNE 20, 2007 TO JULY 25, 2007** |
| v. | ) | |
| ENRIQUE MACEDO JARAMILLO, | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Charles R. Breyer on June 6, 2007 and, with the agreement of counsel for both parties, the Court ordered the case be continued to June 20, 2007, and ordered the exclusion of time from June 6, 2007 to June 20, 2007 under the Speedy Trial Act.

This matter is currently set for a status conference on June 20, 2007, at 2:15 p.m. The parties in this case hereby stipulate and request that this Court continue the status conference date to July 25, 2007 at 2:15 p.m., in light of the need for effect preparation of counsel and

**[PROPOSED[ ORDER AND STIPULATION
CONTINUING STATUS CONFERENCE DATE
AND EXCLUDING TIME CR 07-0318 CRB**

continuity of counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to obtain and review the defendant's deportation tapes with the defendant, and would unreasonably deny the defendant continuity of counsel.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §3161(h)(A)(8).

      IT IS SO STIPULATED.

DATED: 6/19/07                                      /s/
                                              ELIZABETH FALK
                                              Counsel for Enrique Macedo Jaramillo

DATED: 6/19/07                                      /s/
                                              WENDY THOMAS
                                              Special Assistant United States Attorney

      IT IS SO ORDERED.

DATED: June 20, 2007

                                              THE HON. CHARLES R. BREYER
                                              United States District Judge



**[PROPOSED[ ORDER AND STIPULATION CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME CR 07-0318 CRB**