IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00318 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ENRIQUE M. JARAMILLO, | |
| Defendant.                               / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the status conference currently on calendar for July 25, 2007 to Friday, July 27, 2007 at 3:30 p.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: July 20, 2007                                                     FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy