| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **July 27, 2007**

Reporter**: Sylvia Russo**

| | |
|---|---|
| **Case No: CR-07-0318-CRB** | **DEFT:** ENRIQUE MACEDO JARAMILLO |
| | (X)Present |
| AUSA: Wendy Thomas | DEF ATTY: Elizabeth Falk |
| Spanish Interpreter: Melinda Basker | |

**REASON FOR HEARING** Status Conference

**RESULT** Held; matter continued.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** August 01, 2007 @ 2:15 p.m.   **for** Status Conference

**JUDGMENT**

Notes: