UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **August 01, 2007**

**FILED**

AUG 0 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reporter: **Sylvia Russo**

Case No: **CR-07-0318-CRB**

DEFT: **ENRIQUE MACEDO JARAMILLO**
(X)Present

AUSA: Wendy Thomas
Spanish Interpreter: Melinda Basker

DEF ATTY: Elizabeth Falk

**REASON FOR HEARING** Change of Plea

**RESULT** Defendant placed under oath, enters a plea of guilty to the single count of the indictment. The Court accepts the plea and the defendant is adjudged guilty.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** October 24 207 @ 2:15 p.m.  **for** Judgment and Sentence

**JUDGMENT** _____

Notes: defendant remanded to custody