IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SANTA CLARA

```
THE PEOPLE OF THE STATE OF CALIFORNIA,      | April 19, 1993
                              Plaintiff,    |
                                            | DA NO      CEN
                                            | 911258569 9255037   PL
                                            |
              vs.                           |
                                            | INFORMATION NO. 163876
PERFECTO LOPEZ,                             |
   aka PERFECTO MALEDO LOPEZ,               |
   aka FRANCISCO MACIO CABRERA,             |
   aka ENRIQUE JARAMILLO-MACEDO,            |
   aka ENRIQUE JARAMILLO,                   |
   aka ENRIQUE MACEDO-JARAMILLO             |
                           Defendant(s).    |
```

INFORMATION
SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | HS11352(A) | 3-4-5 | LOPEZ, PERFECTO | PC 12022.1 | 2 Years |
|   |   |   |   | PC 1203.07(a) | PSP |
| 2 | HS11350(A) | 16-2-3 | LOPEZ, PERFECTO |   |   |
| 3 | HS11350(A) | 16-2-3 | LOPEZ, PERFECTO |   |   |
|   | Prior(s): |   | LOPEZ, PERFECTO | HS11370.2(c) | CHECK CODE |
|   |   |   |   | HS11370(A) | CHECK CODE |

Page 1

EMJ 0255

The District Attorney of the County of Santa Clara, by this Information alleges that:

COUNT 1

On or about December 21, 1992, in the County of Santa Clara, State of California, the crime of TRANSPORT/SELL/OFFER TO SELL A CONTROLLED SUBSTANCE, in violation of HEALTH AND SAFETY CODE SECTION 11352(A), a FELONY, was committed by PERFECTO LOPEZ, who did sell and offer to sell a controlled substance, to wit: COCAINE.

(BOR) It is further alleged that at the time of the commission of the offense(s) charged in Count(s) ONE, the release of the said defendant, PERFECTO LOPEZ, on his/her own recognizance, Docket Number B9100106 had been revoked, for a felony, to wit: POSSESSION OF A CONTROLLED SUBSTANCE, a violation of Section 11350(a) of the HEALTH AND SAFETY Code of the State of California, within the meaning of Section 12022.1 of the Penal Code.

(PRDG) It is further alleged that prior to the commission of the foregoing offense, the said defendant, PERFECTO LOPEZ was, in the Superior Court of the State of California, in and for the County of SAN MATEO (#C25399) convicted of a violation of Section 11352 of the Health and Safety Code of the State of California, within the meaning of Section 1203.07(a)(11) of the Penal Code.

\* \* \* \* \*

COUNT 2

On or about December 2, 1991, in the County of Santa Clara, State of California, the crime of POSSESSION OF A CONTROLLED SUBSTANCE, in violation of HEALTH AND SAFETY CODE SECTION 11350(A), a FELONY, was committed by PERFECTO LOPEZ, who did possess a controlled substance, to wit: HEROIN.

Page 2

It is further alleged that if probation is granted, the provisions of Section 11350(d) of the Health and Safety Code shall apply.

\* \* \* \* \*

COUNT 3

On or about December 2, 1991, in the County of Santa Clara, State of California, the crime of POSSESSION OF A CONTROLLED SUBSTANCE, in violation of HEALTH AND SAFETY CODE SECTION 11350(A), a FELONY, was committed by PERFECTO LOPEZ, who did possess a controlled substance, to wit: Cocaine and a salt, compound, derivative and preparation of coca leaves.

It is further alleged that if probation is granted, the provisions of Section 11350(d) of the Health and Safety Code shall apply.

\* \* \* \* \*

It is further alleged that prior to the commission of the offense charged in count ONE herein, the said defendant, PERFECTO LOPEZ, was, in the SUPERIOR Court, State of California, in and for the County of SAN MATEO (#C25399), convicted of a felony, to wit: a violation of section 11352 of the Health and Safety Code of the State of California, within the meaning of sections 11370.2 and 11370(a)/(c) of the Health and Safety Code.

It is further alleged that prior to the commission of the offense charged in count TWO AND THREE herein, the said defendant, PERFECTO LOPEZ, was, in the SUPERIOR Court of the State of CALIFORNIA, in and for the County of SAN MATEO (#C25399), convicted of a felony described in subdivision (c) of Section 11370 of the Health & Safety Code, to wit: TRANSPORT/SELL/OFFER TO SELL A CONTROLLED SUBSTANCE, in violation of Section 11352 of the HEALTH AND SAFETY Code of the State of CALIFORNIA, within the meaning of Sections 11370(a) and (c) of the Health and Safety Code.

EMJ 0257

Pursuant to Penal Code Sections 1054 through 1054.7, the People request that, within 15 days, the defendant and/or his/her attorney disclose: (A) The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial; (B) Any real evidence which the defendant intends to offer in evidence at the trial. This request is a continuing request, to cover not only all such material currently in existence, but all material which comes into existence to the conclusion of this case.

George W. Kennedy
District Attorney

DA116570

oif   PAPD/460

By _____
DALE R. SANDERSON
Deputy District Attorney

EMJ 0258