# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM

(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

- [X] SUPERIOR
- [ ] MUNICIPAL
- [ ] JUSTICE

COURT OF CALIFORNIA, COUNTY OF **SANTA CLARA**

BRANCH OR JUDICIAL DISTRICT: **TERRAINE**

COURT (I.D.): 4,3

**PEOPLE OF THE STATE OF CALIFORNIA** versus
DEFENDANT: **PERFECTO LOPEZ**
AKA: **Francisco Cabrera**

[X] PRESENT  [ ] NOT PRESENT      163876

COMMITMENT TO STATE PRISON / ABSTRACT OF JUDGMENT
AMENDED ABSTRACT [ ]

| DATE OF HEARING | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 07/29/93 | 47 | GREGORY H. WARD | M. RANDALL |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| S. YUKUSHI | R. DEL POZZO | E. ECKMAN | M. ZIETZKE |

**1.** DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | (L.M.U.) | YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | HS | 11352(A) | Transport/sell Cocaine | 92 | 07 | 07 | 93 | | X | | L | 3 | 0 |

**2.** ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS...

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**3.** ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11370.2 HS | S | | | | | | | | | |

**4.** OTHER ORDERS:
Advised 3 year Parole/Appeal rights.
Counts 2 and 3  11350(A) H&S dismissed.
$500 Restitution fine, $50 Lab fee.

**5.** TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT):

**6.** TOTAL TERM IMPOSED: 3  0

**7.** [ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):

**8.** EXECUTION OF SENTENCE IMPOSED:
- A. [X] AT INITIAL SENTENCING HEARING
- B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
- C. [ ] AFTER REVOCATION OF PROBATION
- D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
- E. [ ] OTHER

**9.** DATE OF SENTENCE PRONOUNCED: 07/29/93

| CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|
| | 331 | 221 | 110 | [ ] DMH  [ ] CDC |

**10.** DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

- [X] FORTHWITH
- [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
- [ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
- [ ] CALIF. MEDICAL FACILITY – VACAVILLE
- [ ] CALIF. INSTITUTION FOR MEN – CHINO
- [ ] DEUEL VOC. INST
- [X] SAN QUENTIN
- [ ] OTHER (SPECIFY):

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: [signature]    DATE: July 30, 1993

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

**ABSTRACT OF JUDGMENT – COMMITMENT
SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the Council of California
Effective April 1, 1992

EMJ 0254

YELLOW COPY – DEPARTMENT OF CORRECTIONS        ADMINISTRATIVE OFFICE OF THE COURTS