UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **October 17, 2007**

Reporter: **Connie Kuhl**

Case No: **CR-07-0318-CRB**

FILED

OCT 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFT: **ENRIQUE MACEDO JARAMILLO**
(X)Present

AUSA: Wendy Thomas
Spanish Interpreter: Christina Visus
USPO: Cheryl Simone

DEF ATTY: Elizabeth Falk

**REASON FOR HEARING** Judgment and Sentence

**RESULT** defendant is sentenced

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**_____ for_____

**JUDGMENT** sixty (60) months to run concurrent with the sentence in CR-03-0078MMC upon release to three (3) years supervised release under the standard and additional conditions set forthwith. Assessment fee: $100. due immediately; Fine: waived.

Notes: Remanded to custody